# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 19, 2014

To:  Laura A. Briggs
     UNITED STATES DISTRICT COURT
     Southern District of Indiana
     United States Courthouse
     Indianapolis , IN 46204-0000

| | |
|---|---|
| No.: 14-2313 | NATALIE MOORE,<br>Plaintiff - Appellant<br><br>v.<br><br>HAMILTON SOUTHEASTERN SCHOOL DISTRICT, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:11-cv-01548-SEB-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                F.R.A.P. 42(b)

STATUS OF THE RECORD:             no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**

_____9/19/2014_____                    ___*Laura Townsend*___
                                                                    Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 19, 2014

*By the Court*:

| No.: 14-2313 | NATALIE MOORE, Plaintiff - Appellant<br><br>v.<br><br>HAMILTON SOUTHEASTERN SCHOOL DISTRICT, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-01548-SEB-DML<br>Southern District of Indiana, Indianapolis Division<br>District Judge Sarah Evans Barker ||

Upon consideration of the **JOINT MOTION TO DISMISS APPEAL**, filed on September 19, 2014, by counsel for the appellant and counsel for the appellees,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Christina Duff Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)